# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, FLUHR, and MOSLEY
Appellate Military Judges

—————————————

**UNITED STATES**
*Appellee*

**v.**

**Marvin D. DEXTER**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202500304**

—————————————

Decided: 12 June 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Benjamin A. Mills

Sentence adjudged 31 March 2025 by a special court-martial tried at Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3 and confinement for 84 days.[1]

For Appellant:
*Captain Colin P. Norton, USMC*

---

[1] The Appellant was credited with 84 days of pretrial confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.